| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Khachik Akhkashian<br>Law Offices of Khachik Akhkashian<br>3055 Wilshire Boulevard<br>12th Floor<br>Los Angeles, California 90010<br>(213)384-2220<br>(213)384-2296<br>213607<br>*Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Yves Chicha | CHAPTER 13<br>CASE NUMBER<br>2:10-BK-33740-EC |
|---|---|
| Debtor. | (No Hearing Required) |

## DEBTOR'S NOTICE OF CONVERSION
## UNDER 11 U.S.C. §§ 1208(a) OR 1307(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby gives notice that Debtor converts the above chapter 13 case to a case under chapter 7 on the grounds set forth below: Mistakingly filed a Chapter 13 instead of a Chapter 7.

2. A Voluntary Petition under chapter  ☐ 12  ☒ 13 was filed on: 06/10/2010

3. Name of trustee appointed: Kathy A. Dockery

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that this notice is filed in good faith, and that Debtor is eligible for relief under chapter 7.

Dated: 06/24/2010

Respectfully submitted,

Law Offices of Khachik Akhkashian
*Firm Name*

By: /s/ Khachik Akhkashian

Name: Khachik Akhkashian
*Attorney for Debtor/Trustee*

(Continued on next page)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1017-1.4**
F101714

Debtor's Notice of Conversion

F 1017-1.4

| In re Yves H. Chicha | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3055 Wilshire Boulevard
12th Floor
Los Angeles, California 90010
A true and correct copy of the foregoing document described as <u>Debtor's Notice of Conversion</u>
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/24/2010 | Lilia Ebrahimian | /s/ Lilia E. |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1017-1.4**

| In re Yves H. Chicha | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1017-1.4**