Form van180–convu VAN–180
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE THAT THE CASE HAS BEEN CONVERTED TO CHAPTER 7 FROM CHAPTER 13 AND OF RELATED REQUIREMENTS [11 U.S.C. § 1307(a)]

**DEBTOR(S) INFORMATION:**
Yves H Chicha

**BANKRUPTCY NO.** 2:10–bk–33740–VZ
**CHAPTER** 7

**SSN:** xxx–xx–7526
**EIN:** N/A

4403 West Magnolia Blvd.
Burbank, CA 91502

The debtor having filed a Debtor's Notice of Conversion on 7/10/10, converting this chapter 13 case to a case under chapter 7 of the Bankruptcy Code;

NOTICE IS HEREBY GIVEN THAT:

(1) The chapter 13 trustee forthwith must turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control.

(2) The debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts within 30 days from the date of the filing the Debtor's Notice of Conversion or the first date set for the meeting of creditors, whichever is earlier.

(3) Within 14 days from the date of the filing of the Debtor's Notice of Conversion, the debtor must file:

   (a) A schedule of unpaid debts incurred after commencement of the chapter 13 case; and

   (b) The statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, and if this case commenced on or after October 17, 2005, a *Statement of Current Monthly Income and Means Test Calculation, Official Form 22A,* if such documents have not already been filed.

(4) Within 30 days from the date of the filing of the Debtor's Notice of Conversion:

   (a) The chapter 13 trustee must file and transmit to the United States trustee a final report and account;

   (b) The debtor must, if the case is converted AFTER confirmation of a plan, file:

   (i) A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion;

   (ii) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion; and

   (iii) A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion.

Dated: July 1, 2010

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge

(Form van180–convu VAN–180) Rev. 12/09                                                                                                       / SQ

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: squeenC               Page 1 of 1                  Date Rcvd: Jul 01, 2010
Case: 10-33740                Form ID: van180             Total Noticed: 4

The following entities were noticed by first class mail on Jul 03, 2010.
db           +Yves H Chicha,   4403 West Magnolia Blvd.,   Burbank, CA 91505-2730
aty          +Khachik Akhkashian,   Burt & Akhkashian LLP,   3055 Wilshire Bl,   12th fl,
               Los Angeles, CA 90010-1176
tr           +Howard M Ehrenberg,   SulmeyerKupetz,   333 South Hope Street, 35th Floor,
               Los Angeles, CA 90071-1406
tr           +Kathy A Dockery,   700 S. Flower Street, Suite 1950,   Los Angeles, CA 90017-4212

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                         **Signature:** *Joseph Speetjens*