| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Howard M. Ehrenberg<br>Chapter 7 Trustee<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, CA 90071<br>Phone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☐ *Individual appearing without counsel*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>YVES H. CHICHA,<br><br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:10-bk-33740-VZ<br>DATE:   September 7, 2010<br>TIME:   10:00 a.m.<br>CTRM:  1368<br>FLOOR: 13th |
|---|---|

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
### (MOVANT: Zion's First National Bank)
### (RESPONDENT: ☐ Debtor   ☒ Trustee   ☐ Other: _____)

*GENERAL NOTE: A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   *NOTE: If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date)*:

   The reason for this request is *(specify)*:

*(Continued on next page)*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-1M.RES**

American LegalNet, Inc.
www.FormsWorkflow.com

Response to Motion for Relief from Stay - Page 2 of _____    **F 4001-1M.RES**

| In re<br>Yves H. Chicha | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-33740-VZ |

3. ☒ **OPPOSITION – APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

    a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

        ☒ The value of the Property is $ 4,340,000.00 , based upon (specify):Appraisal of Allan E. Gluck, MAI, attached to the Motion as Exhibit 5.

        ☒ Total amount of debt (loans) on the Property is $ $3,072,320.62

        ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

        ☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

        ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

        ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

        ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

        ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

        ☐ Service of the Motion:    ☐ Not all parties were served    ☐ Insufficient notice of the hearing

        ☐ Incorrect address used for (specify) _____

        ☐ Other (specify):

    b. Respondent asserts:

        ☒ Case has been converted from Chapter 13 to Chapter 7.
        ☐ All postpetition arrears will be cured by the hearing date.
        ☒ The Estate has equity in the Property in the amount of $810,512.38.
        ☒ Movant has an equity cushion of $ 1,772,865.70 which is sufficient to provide adequate protection.
        ☐ The Property is necessary for an effective reorganization because (specify reasons why):

        ☒ The Motion should be denied because (specify):
        The basis for Movant's Motion is the transfer of ownership of the Property without consent of Movant. However, Movant admits that the Property was transferred over two years ago and Movant accepted payments for one year after the transfer without enforcement of its due on sale clause.

        The Property is now property of the Debtor's bankruptcy estate and contains significant equity for the benefit of the estate's creditors. Further, the Motion shows that Movant has an equity cushion of $1,772,865.70.

(Continued on next page)

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RES**

American LegalNet, Inc.
www.FormsWorkflow.com

Response to Motion for Relief from Stay - Page 3 of _____       F 4001-1M.RES

| In re<br>Yves H. Chicha | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-33740-VZ |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> **NOTE RE SUPPORTING PAPERS:** Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.

> **NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:** Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

- ☐ Declaration by Debtor
- ☒ Declaration by Trustee
- ☐ Declaration by Appraiser
- ☐ Other *(specify)*:
- ☐ Declaration by Debtor's Attorney
- ☐ Declaration by Trustee's Attorney
- ☐ Memorandum of Points and Authorities *(optional)*

Dated: August 24, 2010

Respectfully submitted,

Howard M. Ehrenberg, Chapter 7 Trustee
*Respondent's Name*

_____
*Law Firm Name (if applicable)*

By: *[signature]*
*Signature*

Name: Howard M. Ehrenberg
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 4001-1M.RES

American LegalNet, Inc.
www.FormsWorkflow.com

## DECLARATION OF HOWARD M. EHRENBERG

I, Howard M. Ehrenberg, declare as follows:

1. I am the duly appointed, qualified and acting Chapter 7 trustee of the bankruptcy estate of Yves H. Chicha (the "<u>Trustee</u>").

2. Except as otherwise indicated, all statements made herein are based on my personal knowledge or my review of relevant documents. If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

3. I make this declaration in support of the attached *Trustee's Opposition to Motion for Relief from Stay Filed by Zion's First National Bank* (the "<u>Motion</u>").

4. On June 10, 2010, Yves H. Chicha (the "<u>Debtor</u>") filed a voluntary Chapter 13 petition, commencing the instant bankruptcy case. The case was converted to a Chapter 7 on July 1, 2010 and I was appointed as the Chapter 7 trustee of the Debtor's estate ("<u>Estate</u>"). Property of the Estate includes real property located at 4403 West Magnolia Boulevard, Burbank, California 91505-2730 (the "<u>Property</u>"). The Property is purportedly encumbered by a first priority trust deed ("<u>First Trust Deed</u>") held by Zion's First National Bank, a second priority deed of trust held by Elizabeth Gorcey, a third priority trust deed held by Wilshire State Bank and unpaid property taxes. *See* Motion, p 7.

5. Movant has an equity cushion of $1,772,865.70, calculated as follows:

| | |
|---|---|
| Fair Market Value: | $4,230,033.00 *See* Motion, Exh. 5, p 2. |
| Zion's 1st priority Trust Deed | (2,109,967.30) |
| Costs of Sale (8%) | <u>(347,200.00)</u> |
| Equity Cushion | $ 1,772,865.70 |

6. The Estate has an equity cushion of $810,512.38, calculated as follows:

| | | |
|---|---|---|
| Fair Market Value: | $4,230,033.00 | *See* Motion, Exh. 5, p 2. |
| Zion's 1st priority Trust Deed | (2,109,967.30) | |
| 2nd priority Trust Deed | (829,200.00) | |
| 3rd priority Trust Deed | (73,344.09) | |
| Costs of Sale (8%) | (347,200.00) | |
| Equity Cushion | $ 810,512.38 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 24, 2010, at Los Angeles, California.

/s/ Howard M. Ehrenberg
Howard M. Ehrenberg

MRICHARDSON\ 678899.1 8/24/2010 (11:01 AM)

2

| In re:<br><br>Yves H. Chicha<br><br>                                      Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:10-bk-33740-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as  Response to Motion to Terminate the Automatic Stay Under 11 U.S.C. § 351 and Declaration in Support (Movant:  Zion's First National Bank  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 24, 2010   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Debtor's attorney - Khachik Akhkashian    Akhkashian@dba-law.com
- Chapter 7 Trustee - Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
- Counsel for Movant - Donna T Parkinson    donna@parkinsonphinney.com
- Counsel to Junior Lienholder - Paul R Shankman    pshankman@jhindslaw.com
- Joon W Song    jsong@thesonglawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  August 24, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332
(Via U.S. Mail)

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2010 | Myrna R. Richardson | /s/ Myrna R. Richardson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9013-3.1**
MRICHARDSON\ 678915.1 8/24/2010 (11:10 AM)

| In re: | CHAPTER: 7 |
|---|---|
| Yves H. Chicha | |
| Debtor(s). | CASE NUMBER: 2:10-bk-33740-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Debtor:
Yves H. Chicha
4403 West Magnolia Blvd
Burbank, CA 91502

Joint Owner of Property:
Myungsook Waikwamdee
aka Sook Yhun
4949 Genesta Ave., Apt 109
Encino, CA 91316

Joint Owner of Property:
Myungsook Waikwamdee
aka Sook Yhun
1131 Weddington St.
North Hollywood, CA 91601

Senior Lienholder:
Mark J. Saladino
Los Angeles County Tax Collector
1401 East Willow St
Signal Hill, CA 90755

Junior Lienholder:
Elizabeth Gorcey
475 S. Beverwil Drive
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
MRICHARDSON\ 678915.1 8/24/2010 (11:05 AM)

**F 9013-3.1**