JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HANNA B. RAANAN (SBN 261014)
hraanan@jhindslaw.com
LAW OFFICES OF JAMES ANDREW HINDS, JR.
21515 Hawthorne Boulevard
Suite 1150
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Elizabeth Gorcey,
Secured Creditor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YVES H. CHICHA,<br><br>Debtor. | CASE NO. 2:10-bk-33740-VZ<br><br>(Chapter 7)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF SECURED CREDITOR, ELIZABETH GORCEY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY ZIONS NATIONAL BANK**<br><br>DATE:       September 7, 2010<br>TIME:       10:00 a.m.<br>PLACE:     Courtroom 1368 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE, ZIONS NATIONAL BANK, MOVANT , YVES H. CHICHA, CHAPTER 7 DEBTOR, AND COUNSEL OF RECORD:

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF SECURED CREDITOR, ELIZABETH GORCEY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY ZIONS NATIONAL BANK

  Secured Creditor, Elizabeth Gorcey (hereinafter to as "Gorcey"), respectfully requests that, in conjunction with and in consideration of Gorcey's Opposition to the Motion for Relief from Stay by Zions National Bank, this Court take Judicial Notice, under Rule 201 of the Federal Rules of Evidence, of the following:

  1. Deed of Trust in favor of Gorcey against Real Property located at 4403 W. Magnolia Blvd., Burbank, CA 91505 recorded on October 24, 2007 at the Los Angeles County Recorder's Office as Document No. 20072412402 (Exhibit "3" to Gorcey's Opposition).

  2. Deed of Trust in favor of Gorcey against Real Property located at 4403 W. Magnolia Blvd., Burbank, CA 91505 recorded on October 24, 2007 at the Los Angeles County Recorder's Office as Document No. 20072412403 (Exhibit "3" to Gorcey's Opposition).

  3. Deed of Trust in favor of Gorcey against Real Property located at 4403 W. Magnolia Blvd., Burbank, CA 91505 recorded on February 12, 2008 at the Los Angeles County Recorder's Office as Document No. 20080254957 (Exhibit "4" to Gorcey's Opposition).

DATED: August 24, 2010  Respectfully submitted,

JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
THE LAW OFFICES OF JAMES ANDREW HINDS, JR.

By: /s/ Paul R. Shankman
   PAUL R. SHANKMAN,
Attorneys for Elizabeth Gorcey, Secured Creditor

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF SECURED CREDITOR, ELIZABETH GORCEY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY ZIONS NATIONAL BANK

| In re:   Yves H. Chicha, | CHAPTER  7 |
|---|---|
| Debtor(s). | CASE NUMBER  2:10-bk-33740-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21515 Hawthorne Blvd., Suite 1150, Torrance, CA 90503. A true and correct copy of the foregoing document described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF SECURED CREDITOR, ELIZABETH GORCEY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY ZIONS NATIONAL BANK** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 24, 2010     I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Khachik Akhkashian   Akhkashian@dba-law.com
- Howard M Ehrenberg (TR)   ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
- Donna T Parkinson   donna@parkinsonphinney.com
- Paul R Shankman   pshankman@jhindslaw.com
- Joon W Song   jsong@thesonglawgroup.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  August 24, 2010     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

X   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2010 | Rodaba S. Farid | /s/ Rodaba S. Farid |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      F 9013-3.1

| In re:   Yves H. Chicha, | | CHAPTER  7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  2:10-bk-33740-VZ |

| | | **Served by Lodging Party 72 Hours After Order Entry** |
|---|---|---|
| **Served by Federal Express**<br><br>Clerk to:<br> The Honorable Vincent P. Zurzolo,<br>United States Bankruptcy Judge<br>255 East Temple Street<br>Room 1360<br>Los Angeles, CA 90012 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1