# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Khachik Akhkashian
Street Address: 3055 Wilshire Blvd. 12th Flr.
Los Angeles, California 90010
Filer's Telephone No.: (213) 394-2220

Atty Name (if applicable): Khachik Akhkashian
CA Bar No. (if applicable): 213602
Atty Fax No. (if applicable): (213)384-2296

In re: Yves H. Chicha

Case No.: 2-10-BK-33740-BC

Chapter 7 _x_  11 ___  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _X_  B ___  C ___  D ___  E ___  F ___  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ___     Statement of Financial Affairs ___

Statement of Intention ___     Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Yves H. Chicha, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: September 1, 2010

Yves Chicha
_Debtor Signature_
Yves H. Chicha

_____
_Co-Debtor Signature_

** FOR COURT USE ONLY **

** SEE REVERSE SIDE **

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 09/01/2010

Lilia Ebrahimian
Print or Type Name

*signature*
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

```
Yves H  Chicha
4403 West Magnolia Boulevard
Burbank  CA  91502


Khachik Akhkashian
3055 Wilshire Boulevard
12th Floor
LOS ANGELES  CA  90010


Howard M  Ehrenberg
333 South Hope Street
35th Floor
Los Angeles  CA  90071-1706


Cbna
1000 Technology Dr
O Fallon  MO  63368


Chase
Po Box 15298
Wilmington  DE  19850


Citi
Po Box 6241
Sioux Falls  SD  57117


Elizabeth Gorcey
745 S  Beverwill Drive
Beverly Hills  CA  90210


Sterling Bank
P O  BOX 924009
Houston  TX  77292-4009


Thd/cbsd
Po Box 6497
Sioux Falls  SD  57117


Toyota Financial Services
P O  BOX 9490
Cedar Rapids  IA  52409-9490
```

Toyota Motor Credit Co
440 E Huntington Dr Ste
Arcadia  CA  91006


Wilshire State Bank
 3200 Wilshire Bank
Los Angeles  CA  90010


Zions Bank
P O  BOX 26304
Salt Lake City  UT  84126

FORM B6A (Official Form 6A) (12/07)

In re Yves H. Chicha
  Debtor(s)

Case No. 2:10-BK-33740-EC
  (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 4403 West Magnolia Blvd. Burbank, California 91502 15,000 SF Lot Size 40,000 SF | Fee Simple | C | $ 5,500,000.00 | $ 2,067,889.75 |
| 31-41 Santa Anita Ave. Burbank, California 91502 7,826 SF Lot Size:12,219 SF | Fee Simple | C | $ 1,500,000.00 | $ 625,000.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | | 7,000,000.00 |